Submitted on remand from the Oregon Supreme Court March 6, reversed and remanded June 12, 2003

In the Matter of the Compensation of
Charles R. Gode, Claimant.

Charles R. GODE,
*Petitioner,*

*v.*

SAIF CORPORATION
and Armstrong Mfg. Co.,
*Respondents.*

00-06287; A113261

71 P3d 552

Floyd H. Shebley for petitioner.

David L. Runner for respondents.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

Reversed and remanded. *SAIF v. Lewis*, 335 Or 92, 58 P3d 814 (2002).